# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149553

BETTY WEINBERG and MICHAEL
PIVOZ, Co-Personal Representatives of
the Estate of LAWRENCE WEINBERG,
deceased,

      Plaintiffs-Appellees,

v

                                        SC: 149553
                                        COA: 319045
                                        Oakland CC: 2012-124283-NH

RONALD KERWIN, M.D., RONALD
KERWIN, M.D., P.C., and ASSOCIATED
DERMATOLOGISTS OF WEST
BLOOMFIELD AND COMMERCE,

      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the May 16, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2015 _____     

a0622                                                  Clerk